HARRY BRAM, Appellant, v. HARRY DIMIN and MALVINA MOSBERG, Respond-

ents.— Motion for stay granted upon condition that, within five days from the entry of the order herein, the moving party give an undertaking, with corporate surety, in the sum of $500, to secure defendants against costs and disbursements of the trial and costs and disbursements of this appeal. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.